# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT (CIP)
## 11th Cir. R. 26.1-1
### *(Please type or print legibly)*

_____CA, Inc._____ *vs.* _____Delta Air Lines, Inc._____ Appeal No. __26-12073-AA__

**For appeals**, all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier.

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier, regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding**, the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

Baumrind, Michael Rosen (Counsel for Defendant-Appellee)

Blackmore, Alexis (Counsel for Plaintiff-Appellant)

Bondurant, Mixson & Elmore, LLP (Counsel for Defendant-Appellee)

Broadcom Inc. [AVGO] (Parent corporation of Plaintiff-Appellant CA, Inc.)

Brown, Ashley C. (Counsel for Plaintiff-Appellant)

CA, Inc. d/b/a CA Technologies (Plaintiff-Appellant)

Caplan Cobb LLC (Counsel for Plaintiff-Appellant)

Caplan, Michael A. (Counsel for Plaintiff-Appellant)

Delta Air Lines, Inc. [DAL] (Defendant-Appellee)

Doherty, Ronan P. (Counsel for Defendant-Appellee)

Greer, Justin (Counsel for Plaintiff-Appellant)

Holmes, Jeannine L. (Counsel for Defendant-Appellee)

Rev.: 12/25

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)
11th Cir. R. 26.1-1**
*(Please type or print legibly)*

CA, Inc. _____ *vs.* _____ Delta Air Lines, Inc. _____ Appeal No. ____26-12073-AA____

Hueston Hennigan LLP (Counsel for Plaintiff-Appellant)

Plessman, Alison L. (Counsel for Plaintiff-Appellant)

Ross, Eleanor L. (United States District Judge, N.D. Ga.)

Victoria, Erin M. (Counsel for Plaintiff-Appellant)

Weiss, Abraham (Counsel for Plaintiff-Appellant)

Name: Alison L. Plessman _____ Signature: /s/ Alison L. Plessman _____
Address: Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, CA 90014
Contact Information: (213) 788-4340 | aplessman@hueston.com

 Rev.: 12/25